UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10720 FMO (PLAx) | Date | June 1, 2021 |
|---|---|---|---|
| Title | Orlando Garcia v. Cambridge Properties, L.P., et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**      (In Chambers) Order Re: Settlement Proceedings

In light of the Court's Order of May 26, 2021 (Dkt. 45), the parties must now begin preparations for trial, including the preparation of various pretrial documents. However, before resetting this case for trial, the court will require the parties to attend a settlement conference before a private mediator for one final attempt at resolving the action. Based on the foregoing, IT IS ORDERED THAT:

1. No later than **June 4, 2021**, each side shall email to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) a "Notice of Proposed Private Mediators" proposing three candidates to be considered for the appointment of private mediator.[1] The parties shall propose mediators with extensive experience in federal court litigation.

2. Upon receiving each side's proposed mediators, the court will either select a mediator proposed by the parties or one the court believes is the most qualified to mediate the instant case. The court urges the parties in the strongest possible terms to use their best efforts to resolve this case instead of incurring additional legal fees and causing the court to expend its resources on this dispute.

3. The failure of any party or attorney to comply with the requirements of this Order may result in sanctions being imposed.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |

---

[1] Parties represented by the same counsel may submit only one joint proposal of three candidates.