Philip E. Cook (State Bar #149067) pcook@cookmediation.com
COOK MEDIATION
601 S. Figueroa St., Suite 2050
Los Angeles, CA 90017
Telephone: 213-986-6090

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA<br><br>Plaintiff(s)<br>v.<br><br>CAMBRIDGE PROPERTIES, L.P., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV 19-10720 FMO (PLAx)<br><br>**MEDIATION REPORT** |

**Instructions:** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): July 22, 2021.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on July 22, 2021 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?


Dated: July 27, 2021

/s/ Philip E. Cook
Signature of Mediator

Philip E. Cook
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*